No. 04–7930. LANCASTER v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 04–7936. OMUNA v. GARCIA, ACTING COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–7952. LUCZAK v. MOTE, WARDEN. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–7980. HAMPTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8002. VALLE v. GEORGIA DEPARTMENT OF CORRECTIONS. Ct. App. Ga. Certiorari denied.

No. 04–8019. CATALANO v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–8027. STEVENSON v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8057. ADAMS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–8132. WATTS v. FLORIDA COMMISSION ON HUMAN RELATIONS. Sup. Ct. Fla. Certiorari denied.

No. 04–8151. WILKINSON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–8180. WOODBERRY v. McKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–8229. LIEDTKE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8241. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8249. SORRELLS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.